## Moss and Others *vs.* Gibson and Others.

HELD, that when there are several defendants, one of whom is not served with process, nor appears, and judgment taken by default, against all, it is erroneous as to all.